UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-CV-00163-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. SECURITIES AND EXCHANGE COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 8]. Pursuant to 28 U.S.C. § 1915, the magistrate judge recommends that Plaintiff's Complaint [Doc. 2] be dismissed with prejudice because the claims set forth therein are devoid of legal and factual merit [Doc. 8, pg. 8]. The magistrate judge further recommends that this matter be referred to the Chief District Judge for a determination of whether Plaintiff should be declared a vexatious litigant [*Id.*]. Plaintiff did not file timely objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the magistrate judge properly analyzed the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 8] is **ADOPTED**. Accordingly, Plaintiff's Complaint [Doc. 2] is **DISMISSED WITH PREJUDICE** and this matter is **REFERRED** to the Chief District Judge for a determination as to whether Plaintiff should be declared a vexatious litigant.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge